**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| GINA REHAB, | : | CIVIL ACTION NO. 14-1664 (MLC) |
| | : | |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| | : | |
| v. | : | |
| | : | |
| QBE SPECIALTY INSURANCE | : | |
| COMPANY, | : | |
| | : | |
| Defendant. | : | |

   **THE COURT** ordered the defendant to show cause why the action should not be remanded to state court for lack of subject-matter jurisdiction under 28 U.S.C. § ("Section") 1332.  (See dkt. entry no. 5, 5-20-14 Order to Show Cause.)  The defendant removed the action pursuant to Section 1332, and thus bears the burden of demonstrating jurisdiction.  See 28 U.S.C. §§ 1446, 1447.

   **THE DEFENDANT** "[i]n response to the Order to Show Cause . . . agrees to remand this matter back to state court".  (Dkt. entry no. 6, 6-9-14 Def. Letter.)  The Court will therefore remand the action to state court.  The Court will issue an appropriate order and judgment.

   s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge

Dated:  June 10, 2014